# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter    13 |
| | : | |
| Wesley D. Schaffer | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-10565JKF |

## ORDER

AND NOW, IT APPEARING that debtor(s) have failed to timely file the documents required by the order dated 1/31/19 and an Order extending time until 2/27/19 and after notice and hearing, it is

ORDERED that  this case is hereby DISMISSED and it is

FURTHER ORDERED that the bankruptcy case shall remain open and  the Court will retain jurisdiction to consider Debtor's Attorney, Alexander G Tuttle's compensation and fees.

Dated: April 5, 2019

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:
Chapter 13 Plan

bfmisdoc