United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10565-jkf
Wesley D Schaffer                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 2    Date Rcvd: Apr 08, 2019
                      Form ID: pdf900    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.
```
db             +Wesley D Schaffer,    126 Washngton St,    East Greenville, PA 18041-1412
14265605       +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
14265606      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
14280158       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14265607       +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
14265609       +Regions Bankcard,    Attn: Bankruptcy,    Po Box 830590,    Birmingham, AL 35283-0590
14301009       +Select Portfolio Srv Inc,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14265612       +Tri County Area Fcu,    1550 Medical Dr,    Pottstown, PA 19464-3225
14298682       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14265613       +Wells Fargo Home Mor,    Attn: Bankruptcy Department,    8480 Stagecoach Cir.,
                 Frederick, MD 21701-4747
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 09 2019 02:50:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2019 02:50:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 09 2019 02:50:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 02:54:37     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14278081        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2019 02:54:20
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14275876        E-mail/PDF: cbp@onemainfinancial.com Apr 09 2019 02:54:10     ONEMAIN FINANCIAL GROUP LLC,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
14265608       +E-mail/PDF: cbp@onemainfinancial.com Apr 09 2019 02:54:35     OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
14266610       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2019 02:54:37
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14265610       +E-mail/Text: jennifer.chacon@spservicing.com Apr 09 2019 02:50:47
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
14265611       +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 02:54:37     Synchrony Bank/Lowes,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Virginia              Page 2 of 2                   Date Rcvd: Apr 08, 2019
                               Form ID: pdf900             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:

        ALEXANDER G. TUTTLE    on behalf of Debtor Wesley D Schaffer agt@tuttlelegal.com,
         allie@tuttlelegal.com
        KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing Inc.
         bkgroup@kmllawgroup.com
        SCOTT  WATERMAN    ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                                                                            TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| Wesley D. Schaffer | : | |
| Debtor | : | Bankruptcy No. 19-10565JKF |

ORDER

AND NOW, IT APPEARING that debtor(s) have failed to timely file the documents required by the order dated 1/31/19 and an Order extending time until 2/27/19 and after notice and hearing, it is

ORDERED that this case is hereby DISMISSED and it is

FURTHER ORDERED that the bankruptcy case shall remain open and the Court will retain jurisdiction to consider Debtor's Attorney, Alexander G Tuttle's compensation and fees.

Dated: April 5, 2019

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:
Chapter 13 Plan

bfmisdoc